**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1814**

_____

COREY MOODY,

        Plaintiff – Appellant,

    v.

DANIELLE HOLLANDSWORTH, individually; RANDY GIBSON, individually,

        Defendants – Appellees,

    and

THE CITY OF NEWPORT NEWS, VIRGINIA; JAMES D. FOX, in his official capacity; RICHARD W. MYERS, in his official capacity; RUSSEL TINSLEY, individually; RYAN NORRIS, individually,

        Defendants.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Mark S. Davis, District Judge. (4:14-cv-00099-MSD-LRL)

_____

Argued: May 11, 2017                      Decided: May 30, 2017

_____

Before WILKINSON, KING, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

**ARGUED**: Timothy Gerard Clancy, CLANCY & WALTER, PLLC, Hampton, Virginia, for Appellant. James Arthur Cales, III, FURNISS, DAVIS, RASHKIND AND SAUNDERS, P.C., Norfolk, Virginia; Jeff W. Rosen, PENDER & COWARD, P.C., Virginia Beach, Virginia, for Appellees. **ON BRIEF**: Michael B. Ware, Adrienne M. Sakyi, SCHEMPF & WARE, PLLC, Yorktown, Virginia, for Appellant. Lisa Ehrich, PENDER & COWARD, P.C., Virginia Beach, Virginia, for Appellee Danielle Hollandsworth. Alan Brody Rashkind, FURNISS, DAVIS, RASHKIND AND SAUNDERS, P.C., Norfolk, Virginia, for Appellee Randy Gibson.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Moody appeals from the district court's awards of summary judgment to police officers Danielle Hollandsworth and Randy Gibson, in their individual capacities, in this 42 U.S.C. § 1983 civil action. *See Moody v. City of Newport News*, No. 4:14-cv-00099 (E.D. Va. June 16, 2016) (the "Opinion"). Moody was severely injured by gunshot wounds suffered on December 12, 2012, during a traffic stop and arrest in Newport News, Virginia. The district court rejected Moody's excessive force claims against Hollandsworth and Gibson, and ruled that both officers are entitled to qualified immunity.

We have carefully assessed the arguments made by the parties in their briefs and at oral argument. We have also fully evaluated the record on appeal. Having done so, we are satisfied to adopt the reasoning and analysis of the district court and to affirm on the basis of the court's comprehensive and well-crafted Opinion.

*AFFIRMED*

3